IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>JEFFERY L. EDWARDS,<br><br>              Defendant. | 8:23CR40<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court upon the government's Motion for Preliminary Order of Forfeiture (Filing No. 24). The Court has carefully reviewed the record in this case and finds as follows:

1. On May 24, 2023, defendant Jeffrey L. Edwards ("Edwards") pleaded guilty to Count I of the Indictment (Filing No. 1) and admitted the Forfeiture Allegation. Count I of the Indictment charged the defendant with being a felon in possession of a firearm, which had been shipped and transported in interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

2. The Forfeiture Allegation sought forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, of a Century Arms Inc, Model M70AB2 rifle, caliber 7.62 x 39 mm, Serial number AB2-Cl08833, recovered on October 4, 2022, on the basis it was involved or used in the commission of the offense charged in Count I of the Indictment.

3. Based on Edwards's guilty plea and admission, Edwards forfeits his interest in the subject weapon and the government is entitled to possession of said weapon pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

4. The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 24) is granted.

2. Based upon the Forfeiture Allegation of the Indictment (Filing No. 1) and Edwards's guilty plea and admission, the government is hereby authorized to seize the above-described weapon.

3. Edwards's interest in the weapon is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1), 18 U.S.C. § 924(d)(1) and 21 U.S.C. § 2461(c).

4. The weapon is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Edwards, having or claiming a legal interest in any of the subject property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the weapon, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the weapon and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the weapon as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), 18 U.S.C. § 924(d)(1) and 21 U.S.C. § 2461(c), in which all interests will be addressed.

Dated this 1st day of June 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge