IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JEFFEREY L. EDWARDS,<br><br>           Defendant. | 8:23CR40<br><br>FINAL ORDER<br>OF FORFEITURE |

This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture (Filing No. 28).  The Court has carefully reviewed the record in this case and finds as follows:

1.     On June 1, 2023, the Court entered a Preliminary Order of Forfeiture (Filing No. 25) forfeiting defendant Jeffery L. Edwards's ("Edwards") interest in a Century Arms Inc, Model M70AB2 rifle, caliber 7.62 x 39 mm, Serial number AB2-Cl08833, recovered on October 4, 2022.

2.     A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on June 1, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed herein on August 8, 2023 (Filing No. 27).

3.     The government has advised the Court that no Petitions have been filed. A review of the record supports that assertion.

4.     The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 28) is granted.
2. All right, title and interest in and to the Century Arms Inc, Model M70AB2 rifle, caliber 7.62 x 39 mm, Serial number AB2-Cl08833 taken from Edwards on or about October 4, 2022, held by any person or entity are forever barred and foreclosed.
3. The above-described firearm is forfeited to the government.
4. The government is directed to dispose of that firearm in accordance with law.

Dated this 1st day of September 2023.

BY THE COURT:

*Robert F. Rossiter, Jr.* (signature)

Robert F. Rossiter, Jr.
Chief United States District Judge