IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **8:23CR40** |
| Plaintiff, | |
| v. | **ORDER** |
| JEFFEREY L. EDWARDS, | |
| Defendant. | |

This matter is before the Court upon defendant Jefferey L. Edwards's ("Edwards") motion seeking "18 U.S.C. § 3582(c)(2) Sentencing Guideline Reduction" (Filing No. 35). In his motion, Edwards seeks to "get [his] case under the new amendments of 2025 Firearm Guidelines." He confusingly claims that he falls "under the new Guidelines and the non use of Criminal Background usuage (sic) is non existent under the new laws and Guidelines. I fall under the 1B1.10(d) Statute."[1]

Edwards was charged in a single-count Indictment on February 22, 2023, which charged him with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Edwards had previously been convicted of a crime punishable by imprisonment for a term exceeding one year. After pleading guilty, he was sentenced to 48 months imprisonment on August 31, 2023.

His base offense level for Guideline purposes under § 2K1.1(a)(3) was 22, as the rifle possessed by Edwards was found with one round in its chamber and was accompanied by a large-capacity magazine containing 30 rounds of ammunition. Edwards was also subject to a 2-level enhancement due to the firearm being stolen. His total offense level

---

[1]United States Sentencing Guidelines ("U.S.S.G.") § 1B1.10(d) does not include any of the Sentencing Commission's 2025 Amendments.

was 21.   Edwards was found to have a criminal history category of III, making his guideline imprisonment range 46 to 57 months.

Edwards now believes that he is entitled to relief, seemingly under Amendment 834 of the Sentencing Guidelines, effective on November 1, 2025.   That amendment would not change Edwards's base offense level or his guideline calculations.   He is not entitled to relief under U.S.S.G. § 1B1.10.   Edwards's motion is denied.

IT IS SO ORDERED.

Dated this 21st day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge
